## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Michael E. Piston*

was admitted to the practice of law in the courts of the State of Michigan on

*November 23, 1982*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: November 19, 2020

Clerk

# MICHIGAN SUPREME COURT
Clerk's Office
PO Box 30052, Lansing MI 48909   (517) 373-0120

ORIGINAL

**58535**

Date: 11/19/2020

P-number: 34568

Michael Piston

✓ RECEIPT

___ Check  ✓ Credit Card  ___ Cash

Check # _____

___ INVOICE

Please remit amount listed below with this statement.

Checks payable to "State of Michigan"

**Incorrect Amount*** ___ Check Encl
$_____ Check # _____

Case Title

Docket Number

| | |
|---|---|
| Application/Complaint Fee | $ _____ |
| Motion Fee | $ _____ |
| Certificate of Good Standing Fee (1) | $ 10.00 |
| Copy Fee _____ pages @ $.50/page | $ _____ |
| Other | $ _____ |

```
MICHIGAN SUPREME COU
HALL OF JUSTICE 5TH FLOOR
    925 W OTTAWA ST
 LANSING, MI. 48915-1741
      517-373-5543

       Phone Order

xxxxxxxxxxxx1229    Entry Method: Manual
VISA
Total: $            10.00
                    16:47:33
11/19/20            Appr Code: 134375
Inv #: 000000004
Apprvd: Online
AVS Code: NO MATCH N
CVV2 Code: MATCH M

       Customer Copy
        THANK YOU!
```