Michael E. Piston 14205 se 36th Street #100
Bellevue, WA 98006
Local Counsel: Arthur Minas
510 W. 6th St
Los Angeles, CA 90014

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Tserendulam Batsukh

Plaintiff(s)

v.

United States Citizenship and Immigration Services

Defendant(s).

CASE NUMBER

2:20-cv-10206-AB-GJS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Piston, Michael E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

646-845-9895
*Telephone Number*

2067706350
*Fax Number*

michaelpiston4@gmail.com
*E-Mail Address*

of

Michael E. Piston, Attorney at Law
14205 se 36th street #100, Bellevue, WA 98006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Tserendulam Batsukh

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Minas, Arthur
*Designee's Name (Last Name, First Name & Middle Initial)*

290517
*Designee's Cal. Bar No.*

213-347-0025
*Telephone Number*

213-623-2899
*Fax Number*

arthur@wilawgroup.com
*E-Mail Address*

of

Weisz Immigration Law Group
510 W. 6th Street

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge