NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
CHUNG H. HAN (Cal. Bar No. 191757)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    Email: Chung.Han@usdoj.gov

Attorneys for Defendant UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TSERENDULAM BATSUKH,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | No. 2:20-cv-10206-AB-GJS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Current response date: December 1, 2020<br>New response date: December 31, 2020<br><br>Honorable André Birotte Jr.<br>United States District Judge |

    IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the time for Defendant to respond to Plaintiff's Complaint in the above-entitled action will be extended thirty days, from December 1, 2020 to December 31, 2020.

    Local Civil Rule 8-3 of the Local Rules for the Central District of California provides that an initial stipulation extended the time for thirty days or less within which

1

to respond to a complaint must be filed with the Court, but does not require Court approval. This is the first request for extension by Defendant.

Dated:  November 30, 2020

Respectfully submitted,

Immigration Law Offices of Los Angeles, P.C.

*/s/Michael E. Piston\**
MICHAEL E. PISTON
Attorney for Plaintiff
TSERENDULAM BATSUKH

Dated:  November 30, 2020

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Chung H. Han*
CHUNG H. HAN
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.